J. Edgar Butts, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, July 17, 1905.)

Writ of Error to Criminal Court of Record, Duval County; John W. Dodge, Judge.

*Charles L. Fildes,* for Plaintiff in Error.

No appearance for the Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for

the plaintiff and the defendant takes writ of error. The writ of error is dismissed on praecipe of counsel for the Plaintiff in Error.